|     |     |
| --- | --- |
| 1   | Lincoln D. Bandlow, Esq. (CA #170449) |
| 2   | Fox Rothschild LLP |
|     | Constellation Place |
| 3   | 10250 Constellation Blvd., Suite 900 |
|     | Los Angeles, CA 90067 |
| 4   | Tel.: (310) 598-4150 |
|     | Fax: (310) 556-9828 |
| 5   | lbandlow@foxrothschild.com |
| 6   | *Attorneys for Plaintiff* |
|     | Strike 3 Holdings, LLC |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:18-cv-00695-SK |
| --- | --- |
| Plaintiff, | **NOTICE OF FILING AMENDED EXHIBIT C** |
| vs. | |
| JOHN DOE subscriber assigned IP address 108.237.180.208, | |
| Defendant. | |

   PLEASE TAKE NOTICE, attached hereto is an amended Exhibit C containing a screen shot of the IP address in this case from the ARIN database demonstrating that the ISP, AT&T U-verse, was in possession of the IP address, 108.237.180.208, at the relevant time.

Date: 02/26/2018            FOX ROTHSCHILD LLP

                            Respectfully submitted,

                            By: /s/ *Lincoln Bandlow*
                            Lincoln Bandlow, Esq.
                            FOX ROTHSCHILD LLP

1